IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SKF USA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:10-cv-00640 |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| ELECTRIC MOTOR BEARING | ) | |
| SUPPLY INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, M. Dru Montgomery, of The Heartfield Law Firm, is entering an appearance in this matter for Plaintiff, SKF USA Inc., for the purpose of receiving notices and orders from the Court.

Dated: October 15, 2010            Respectfully submitted,

By:   /s/ M. Dru Montgomery
      J. Thad Heartfield
      Texas Bar No. 09346800
      E-mail: thad@jth-law.com
      M. Dru Montgomery
      Texas Bar No. 24010800
      E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Phone: (409) 866-3318
Fax: (409) 866-5789

COUNSEL FOR DEFENDANT,
SKF USA Inc.

## **CERTIFICATE OF SERVICE**

   The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 15th day of October, 2010.  Any other counsel of record will be served by first class mail.

                /s/ M. Dru Montgomery
                M. Dru Montgomery